**Exhibit A to the Complaint**

**Location:** Bethlehem, PA  **IP Address:** 64.121.146.20
**Total Works Infringed:** 25  **ISP:** RCN

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash: C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-02-2022 16:13:23 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 2 | Info Hash: 37A6B5BDFD979CD2C8D678F01F615EE0792C6DA1<br>File Hash: E705244E868F1C68D9AD718C2B01944795F91F77EAB0DF1852A2043BD3D48F3C | 01-02-2022 16:08:56 | Tushy | 10-03-2018 | 11-01-2018 | PA0002143432 |
| 3 | Info Hash: 1D26D49A84F60EA8D2A668CC3255CBC054F35BA9<br>File Hash: AD3A01BCB924A9D59D41E8902AD47F44EE783F5F1DD6EB2531D52DB3B18EA612 | 12-28-2021 21:50:39 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 4 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-28-2021 21:34:28 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 5 | Info Hash: 9A02A2CCF0111C7FDD71DC48E5C0E571C9738BFE<br>File Hash: 83BEB29FBAF38E521324E5DC2537924624EC9C8C7ADE7A01813F6264BFBD51BC | 12-24-2021 01:20:27 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 6 | Info Hash: 408EB05D531A564586AFFAC458D5C1585EA0DE9A<br>File Hash: EABF0BBB5A7615D8F2F443E88079350A46E4489FB52EBE66642246C48FBFF527 | 12-24-2021 00:53:55 | Vixen | 03-19-2021 | 04-14-2021 | PA0002286735 |
| 7 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash: 66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-19-2021 18:03:47 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 8 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 12-16-2021 03:30:35 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 4CE0AE35C1227D3C626CAB88BF26E15C024E4C59<br>File Hash: A540DA9A9D0B22A592246AE221A5A34F320CD5BCB8B30E1CFF6AD1C2106502DF | 12-16-2021 03:12:38 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 10 | Info Hash: FD6024BEF3762A73A62D6ED2A0473D9631E4AB2D<br>File Hash: E4527D72B244EF3581F2F345D213ED85995D3CA3AEB835822E61F2E526A69B46 | 12-08-2021 20:09:28 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 11 | Info Hash: FAFB53119F09C24BD5C6E32A055414C5638BBC95<br>File Hash: 3E6A37CCE0A00F4CA68CFC21EBE8CB35AB20C7DEEFE4DFEE3E0B1A32B2486DF0 | 12-08-2021 03:30:58 | Tushy | 04-26-2020 | 05-19-2020 | PA0002241478 |
| 12 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 12-08-2021 03:27:17 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 13 | Info Hash: FD17C5E159C050BE7489971D45A6256F4C23EC59<br>File Hash: F94DB7DEF9721BCB649CB610BB058D2BC4C13349DD937132519D8DCF4E043F4C | 10-10-2021 18:29:06 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 14 | Info Hash: 71C2517E55C86AFDAAFBF4008A586150D4B624CB<br>File Hash: FA81833FBE4D1F9BAB7D3296DA72E7F96DE460F82C9ECCC3679182E5F3651E1E | 10-10-2021 18:22:59 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 15 | Info Hash: D99DDE80E2B27CF679D291584C534BE412D77C36<br>File Hash: 0B102FEDF60A6A7AACC14D3016D76C51BF79AA0DCC905FAFD49E9C320F0EEA05 | 10-10-2021 18:17:46 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 16 | Info Hash: FF7C14F35471A8269D589D275E9197E732F30EF5<br>File Hash: 79DFA44B6B4CBEB7FCA32B5F65B4E112B0AC0B0A0AC024355CCA7AFF140CAE67 | 09-20-2021 19:58:57 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 17 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49<br>File Hash: 5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 09-05-2021 20:05:44 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 01CC874EEB1A3F109F1331F296881481C049C1BC<br>File Hash: 317780DD02B7F71213A1F399309D732F9D81F4221C301A2BBA1228F6565D807D | 09-05-2021 19:56:15 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 19 | Info Hash: 69908303363D635A5C0989EFC8F2370F9107ADC1<br>File Hash: AC69B5FB8F99E10E0567B0D0D2DF5A8E9EB6DA595CACA93A61DEB1D17D08AD93 | 08-15-2021 14:38:24 | Vixen | 08-13-2021 | 09-08-2021 | PA0002316101 |
| 20 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 08-13-2021 13:22:57 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 21 | Info Hash: 42FABC46517ECF1236BAE72511D2A8DABDC088C0<br>File Hash: DB5F10EAD44B9583949D726B51898628C35AF4FFBC911721D234F853000993FD | 08-13-2021 13:20:05 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 22 | Info Hash: BEE9C0B1CE565E86EC1E7086AD08FCE4919BE35C<br>File Hash: 38510FCDEEE5AF5440C8A20E97573C352391FA34E94A5AD06A52E9708738B920 | 08-13-2021 13:19:28 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 23 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C<br>File Hash: C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 08-13-2021 13:17:23 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 24 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 08-13-2021 13:16:34 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 25 | Info Hash: 86508BF6F6393C980EFDDA1779F3F66007ED9DB3<br>File Hash: D63A87EDF8E92FD700E6A3A94F933D64DC0CD6DFC9DAF34BD323D5B17CBCC92D | 08-10-2021 12:27:45 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |