UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 5:22-cv-00355-JMG |
| | ) |
| v. | ) Judge John M. Gallagher |
| | ) |
| JOHN DOE, subscriber assigned IP address 64.121.146.20, | ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 64.121.146.20 are voluntarily dismissed with prejudice.

Dated: March 14, 2022

Respectfully submitted,

By: */s/ John C. Atkin*
John C. Atkin, Esq.
The Atkin Firm, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq.
